KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
STEVEN A. HIRSCH - #171825
RACHAEL E. MENY - #178514
RACHEL A. FARBIARZ - #237896
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
shirsch@kvn.com

Attorneys for Defendants
GLOBAL PAYMENTS DIRECT, INC.
HSBC BANK USA, N.A.
MERCURY PAYMENT SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL VILLAGE BAKERY, LLC, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PAYMENTS DIRECT, INC., a New York Corporation; HSBC BANK USA, N.A.; MERCURY PAYMENT SYSTEMS, LLC, a Colorado Corporation,<br><br>Defendants. | Case No. C-06-1332 MJJ<br><br>**STIPULATION AND [proposed] ORDER EXTENDING TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING AND BRIEFING SCHEDULE FOR INITIAL LAW AND MOTION HEARINGS**<br><br>**[filed concurrently with Declaration of Michael D. McLachlan]**<br><br>Dept: Courtroom 11, 19th floor<br>Judge: Hon. Martin J. Jenkins<br><br>Date Comp. Filed: February 22, 2006 |

Pursuant to Northern District Local Rule 6-1, Defendants Global Payments Direct, Inc., HSBC Bank USA, N.A., and Mercury Payment Systems, LLC (collectively "Defendants") and Plaintiff Laurel Village Bakery, LLC ("Laurel Village"), by and through their undersigned counsel, hereby AGREE and STIPULATE to extend the time in which Defendants may answer or otherwise respond to Laurel Village's Complaint until, and including, April 18, 2006.

1

STIPULATION AND [proposed] ORDER EXTENDING TIME FOR FILING OF DEFENDANTS' RESPONSIVE
PLEADING AND BRIEFING SCHEDULE FOR INITIAL LAW AND MOTION HEARINGS
CASE NO. C-06-1332 MJJ

369230.01

Defendants and Plaintiff, by and through their undersigned counsel, further hereby AGREE and STIPULATE to the following briefing schedule for a responsive motion, if any is filed on April 18, 2006: Plaintiff's Opposition to any responsive motion filed on or before April 18, 2006 will be filed and served on MAY 16, 2006. Defendants' Reply to Plaintiff's Opposition filed on MAY 16, 2006 will be filed and served on JUNE 2, 2006, with hearing date on such responsive motion set no earlier than June 20, 2006.

IT IS SO STIPULATED.

Dated: March 16, 2006  KEKER & VAN NEST, LLP

By: /s/ Steven A. Hirsch
STEVEN A. HIRSCH
Attorneys for Defendants
GLOBAL PAYMENTS DIRECT, INC.
HSBC BANK USA, N.A.
MERCURY PAYMENT SYSTEMS, LLC

Dated: March ___, 2006  LAW OFFICES OF MICHAEL D. McLACHLAN, APC.

By: _____
MICHAEL D. McLACHLAN
Attorneys for Plaintiff
LAUREL VILLAGE BAKERY, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 17_____, 2006

_____
United States District Judge

2

STIPULATION AND [proposed] ORDER EXTENDING TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING AND BRIEFING SCHEDULE FOR INITIAL LAW AND MOTION HEARINGS
CASE NO. C-06-1332 MJJ

369230.01