Michael D. McLachlan (State Bar No. 181705)
**LAW OFFICES OF MICHAEL D. MCLACHLAN, APC**
523 West Sixth Street, Suite 215
Los Angeles, California 90014
(213) 630-2884; Fax: (213) 630-2886
mike@mclachlanlaw.com

Daniel M. O'Leary (State Bar No. 175128)
**LAW OFFICE OF DANIEL M. O'LEARY**
523 West Sixth Street, Suite 215
Los Angeles, California 90014
(213) 630-2880; Fax: (213)-630-2886
dan@danolearylaw.com

Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Charles D. Marshall (State Bar No. 236444)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
(415) 477-6700; Fax: (415) 477-6710
cand.uscourts@classcounsel.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL VILLAGE BAKERY, LLC, a California Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL PAYMENTS DIRECT, INC., a New York Corporation; HSBC BANK USA, N.A.; MERCURY PAYMENT SYSTEMS, LLC, a Colorado Corporation,<br><br>　　　　　　　　　Defendants. | Case No. C-06-1332 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY REQUIREMENTS REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Judge:　　Martin J. Jenkins<br>　　　　　Courtroom 11, 19th Floor<br><br>Date Comp. Filed:　February 22, 2006<br>Trial Date:　　　　None set |

1   WHEREAS, on April 18, 2006, Defendants moved to dismiss Plaintiff's suit on the ground that venue is not proper before this Court.

WHEREAS, on April 25, 2006 and thereafter, the parties to the above-entitled action, by and through their attorneys, met and conferred about the possibilities for alternative dispute resolution (ADR) in this action.

WHEREAS, all parties agree that because of the potentially dispositive nature of Defendants' pending Motion to Dismiss, it is premature to engage in further discussions regarding ADR pending resolution of the Motion to Dismiss.

WHEREAS, the parties stipulate that, should this action not be dismissed, they will meet and confer regarding ADR within seven (7) days upon issuance of the Court's written decision on the Motion to Dismiss.

THEREFORE, the parties request that the Court stay the requirements set by the Local Rules regarding ADR until resolution of the Motion to Dismiss, including any requirements to file an "ADR Certification" and either a "Stipulation and [Proposed] Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference."

Dated: May 16, 2006                         GREEN & WELLING LLP


By: _____/s/_____
CHARLES MARSHALL
Attorneys for Plaintiff
LAUREL VILLAGE BAKERY, LLC

Dated: May 16, 2006                         KEKER & VAN NEST, LLP


By: _____/s/_____
RACHEL A. FARBIARZ
Attorneys for Defendant
GLOBAL PAYMENTS DIRECT, INC.

---

1
[PROPOSED] ORDER TO STAY REQUIREMENTS REGARDING ALTERNATIVE DISPUTE RESOLUTION
CASE NO. C-06-1332 MJJ

372972.01

# [PROPOSED] ORDER TO STAY REQUIREMENTS REGARDING ALTERNATIVE DISPUTE RESOLUTION

Pending resolution of Defendant's Motion to Dismiss, the Local Rules' requirements pertaining to alternative dispute resolution (ADR) are stayed, including any requirements to file an "ADR Certification" and either a "Stipulation and [Proposed] Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference."

Should this suit remain before the Court, within seven (7) days of the issuance of the Court's written decision on the Motion to Dismiss, the parties are to meet and confer and comply with any applicable Local Rules regarding ADR.

IT IS SO ORDERED.

DATED: 5/18/2006 , 2006

_____
Hon. Martin J. Jenkins
United States District Judge

372972.01

2
[PROPOSED] ORDER TO STAY REQUIREMENTS REGARDING ALTERNATIVE DISPUTE RESOLUTION
CASE NO. C-06-1332 MJJ