United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL VILLAGE BAKERY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL PAYMENTS DIRECT INC,<br><br>    Defendant.<br>_____/ | No. C06-01332 MJJ<br><br>**ORDER RE-SETTING HEARING DATE** |

Pending before the Court is Defendants' Motion to Dismiss Complaint Due to Improper Venue or, Alternatively, for Failure to State a Claim Upon Which Relief can be Granted (Doc. #7). The Court hereby re-sets this Motion for hearing on **September 26, 2006** at 9:30 a.m. before Judge Jenkins.

**IT IS SO ORDERED.**

Dated: 8/8/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE