IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL VILLAGE BAKERY, LLC, | No. C 06-1332 MJJ (MEJ) |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERENCE** |
| GLOBAL PAYMENTS DIRECT, INC.., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to determine defendants' motion for attorneys' fees. The Court shall conduct a hearing on December 14, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 14, 2006

MARIA-ELENA JAMES
United States Magistrate Judge