IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL VILLAGE BAKERY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL PAYMENTS DIRECT INC., a New York Corporation; HSBC BANK USA, N.A.; MERCURY PAYMENT SYSTEMS, LLC, a Colorado Corporation,<br><br>    Defendant. | No. C06-01332 MJJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ALTER OR AMEND THE JANUARY 23, 2007 ORDER DECLINING TO CONSIDER DEFENDANT'S OBJECTIONS TO MAGISTRATE'S ORDER DENYING ITS MOTION FOR ATTORNEY'S FEES AND ORDER TO SHOW CAUSE** |

Before the Court is Defendants' Motion to Alter or Amend the Court's January 23, 2007 Order, which relied on untimeliness in declining to disturb the Magistrate's Judge's Order Denying Defendants' Motion for Attorneys' Fees. (Docket No. 36.) The Magistrate Judge issued her order on December 4, 2006 and Defendants' filed their Objection on December 21, 2006.

Federal Rule of Civil Procedure 72(a) states:

> Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made.

Reading that rule alone, the last day for Defendants to file a timely objection would have been December 18, 2006. However, Federal Rule of Civil Procedure Rule 6(e) allows that:

> Whenever a party must or may act within a prescribed period after service and service is made under Rule 5(b)(2)(B), (C), or (D), 3 days are added after the prescribed period would otherwise expire under subdivision (a).

1  Under Rule 5(b)(2)(D), service is made by "delivering a copy by any other means, including
2  electronic means, consented to in writing by the person served." Pursuant to Local Rule 5-6 and
3  General Order 45, in a case designated for electronic filing, a document is served on the date that it
4  is filed on ECF. Here, the Magistrate Judge's Order was filed on ECF, and therefore served on
5  Defendants on December 4, 2006.

6  Reading these rules in conjunction, Defendants' Objection filed on December 21, 2006 was
7  timely and the Court hereby alters its January 23, 2007 Order.

8  Plaintiff has not yet filed a response to Defendants' Objections to Magistrate Judge's Order
9  Denying Their Motion For Attorneys' Fees. (Docket No. 37.) Plaintiff shall file its response to
10 Defendants' Objection, if any, not later than fifteen days from the entry of this Order. The Court
11 will then set a hearing, if appropriate.

**IT IS SO ORDERED.**

Dated: 2/28/2007, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2